**Fill in this information to identify the case:**

Debtor name    **Perseverance Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **21-30584**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 30, 2021**    X /s/ Jesse Ramirez
                                       Signature of individual signing on behalf of debtor

                                       **Jesse Ramirez**
                                       Printed name

                                       **Managing Member**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name **Perseverance Group, LLC** |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): **21-30584** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BJRE 401k Traditional Trust 4960 Highway 90, #135 Pace, FL 32571** | | **Business Loan** | | | | **$21,000.00** |
| **City of El Paso Tax Assessor/Collector P.O. Box 2992 El Paso, TX 79902** | | **3100 Red Sails Drive, El Paso, TX 79936 (2019-2020 and Estimated 2021 Taxes)** | | **$32,622.37** | **$287,613.00** | **$13,999.55** |
| **ClearFund Solutions LLC c/o David Fogel P.C. 1225 Franklin Ave., Suite 522 Garden City, NY 11530** | | **Cash Advance/Loan** | | | | **$8,500.00** |
| **El Paso Electric Company P.O. Box 982 El Paso, TX 79960** | | **Service at 590 Knollwood Ln., El Paso, TX 79932** | | | | **$957.34** |
| **El Paso Electric Company P.O. Box 982 El Paso, TX 79960** | | **Service at 2800 Nashville Ave., El Paso, TX79930** | | | | **$575.17** |
| **El Paso Electric Company P.O. Box 982 El Paso, TX 79960** | | **Service at Lawson St., El Paso, TX 79904** | | | | **$526.01** |
| **El Paso Electric Company P.O. Box 982 El Paso, TX 79960** | | **Service at 3100 Red Sails Dr., El Paso, TX 79935** | | | | **$91.42** |
| **El Paso Water Utilities 6400 Boeing Drive El Paso, TX 79925** | | **Service at 590 Knollwood Ln., El Paso, TX 79932** | | | | **$3,387.69** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Perseverance Group, LLC** | | Case number *(if known)* | **21-30584** | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **El Paso Water Utilities** **6400 Boeing Drive** **El Paso, TX 79925** | | **Service at 2800 Nashville Ave., El Paso, TX 79930** | | | | $960.30 |
| **Entrust Capital Funding** **c/o Cassandra Chairez** **2077 N. Zaragoza, B203** **El Paso, TX 79938** | | **5824 Westside Drive, El Paso, TX 79932** | | $115,871.92 | $60,695.00 | $55,176.92 |
| **Jose Ibarra** **unknown** | | **Business Loan** | | | | $15,000.00 |
| **Las Cruces Utilities** **P.O. Box 20000** **Las Cruces, NM 88004** | | **Service at 220 Fleming-Nuisance Abatement** | | | | $3,449.75 |
| **Mesilla Valley Disposal** **P.O. Box 459** **Mesilla Park, NM 88047** | | **Disposal Services** | | | | $965.00 |
| **Richard B. Meyer** **813 Forest Willow Circle** **El Paso, TX 79922** | | **Business Loan** | | | | $22,000.00 |
| **Southwest Home Inspections** **1503 W 6th Street** **Silver City, NM 88061** | | **Inspection** | | | | $1,100.00 |
| **Specialized IRA Services** **FBO BH Retirement 401kTD** **6100 Indian School Rd. NE, Ste. 215** **Albuquerque, NM 87110** | | **Business Loan** | | | | $85,000.00 |
| **Texas Gas Service** **P.O. Box 219913** **Kansas City, MO 64121-9913** | | **Service at 2800 Nashville Ave., El Paso, TX 79930** | | | | $355.31 |
| **Texas Gas Service** **P.O. Box 219913** **Kansas City, MO 64121-9913** | | **Service at 590 Knollwood Ln., El Paso, TX 79932** | | | | $279.74 |
| **Tracy DeWitt** **2444 W. Saint Louis** **Wichita, KS 67203** | | **5824 Westside Drive, El Paso, TX 79932** | | $39,900.00 | $60,695.00 | $39,900.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Perseverance Group, LLC** | | | Case number *(if known)* | **21-30584** | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **William Y. Allen 2031 Autumn Ridge Way Spring Hill, TN 37174** | | **Business Loan** | | | | **$56,000.00** |

**Fill in this information to identify the case:**

Debtor name    **Perseverance Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **21-30584**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...............................................................................................   $   **1,750,301.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................   $   **40,300.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................................   $   **1,790,601.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **1,593,889.70**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $   **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$   **220,147.73**

4. Total liabilities ....................................................................................................................
   Lines 2 + 3a + 3b    $   **1,814,037.43**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Perseverance Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **21-30584**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **WestStar Bank Debtor-In-Possession Business Account** | **Checking** | **8671** | **$4,300.00** |
| 3.2. | **FirstLight Federal Credit Union** | **Savings** | **6862** | $0.00 |
| 3.3. | **FirstLight Federal Credit Union** | **Checking** | **6862** | $0.00 |
| 3.4. | **FirstLight Federal Credit Union** | **Savings** | **6826** | $0.00 |
| 3.5. | **FirstLight Federal Credit Union** | **Checking** | **6826** | $0.00 |
| 3.6. | **FirstLight Federal Credit Union** | **Savings** | **6114** | $0.00 |

**4. Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Perseverance Group, LLC** | Case number *(If known)* **21-30584** |
|---|---|---|
| | Name | |

| 5. | **Total of Part 1.** | **$4,300.00** |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:  Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:  Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:  Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computer | $0.00 | | $1,000.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | **Perseverance Group, LLC** | Case number *(If known)* **21-30584** |
|---|---|---|
| | Name | |

43. **Total of Part 7.**            **$1,000.00**
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td colspan="4" style="background:black;color:white"><b>Part 8:</b>  Machinery, equipment, and vehicles</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2013 Tesla Model S** | $0.00 | | $33,000.00 |
| 47.2.  **Trailer** | $0.00 | | $1,000.00 |
| **48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**  **Aircraft and accessories** | | | |
| **50.**  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Tools** | $0.00 | | $1,000.00 |

51. **Total of Part 8.**            **$35,000.00**
Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 9:</b>  Real property</td></tr>
</table>

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Debtor | **Perseverance Group, LLC** | Case number *(If known)* **21-30584** |
|---|---|---|
| | Name | |

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **12536 Sun Terrace Ave., El Paso, TX 79938** | **Equitable interest** | **$0.00** | | **$309,688.00** |
| 55.2. | **3100 Red Sails Drive, El Paso, TX 79936** | **Equitable interest** | **$0.00** | | **$287,613.00** |
| 55.3. | **5824 Westside Drive, El Paso, TX 79932** | **Equitable interest** | **$0.00** | | **$60,695.00** |
| 55.4. | **8761 Lawson Street, El Paso, TX 79904** | **Equitable interest** | **$0.00** | | **$76,214.00** |
| 55.5. | **3440 Wayside Street, El Paso, TX 79936** | **Equitable interest** | **$0.00** | | **$191,724.00** |
| 55.6. | **3346 Venus St., Las Cruces, NM 88012** | **Equitable interest** | **$0.00** | | **$162,558.00** |
| 55.7. | **412 E. Juniper, Las Cruces, NM 88001** | **Equitable interest** | **$0.00** | | **$80,474.00** |
| 55.8. | **10648 Pleasant Hill Drive, El Paso, TX 79924** | **Equitable interest** | **$0.00** | | **$164,540.00** |
| 55.9. | **590 Knollwood Lane, El Paso, TX 79932** | **Equitable interest** | **$0.00** | | **$416,795.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$1,750,301.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Perseverance Group, LLC** | Case number *(If known)* **21-30584** |
|---|---|---|
| | Name | |

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **Perseverance Group, LLC**                                   Case number *(If known)* **21-30584**
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,300.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $35,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9...........................................................................>* | | $1,750,301.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $40,300.00 | + 91b. $1,750,301.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,790,601.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Perseverance Group, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **21-30584**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Borderland Investments, LLC**<br>Creditor's Name<br><br>**700 Montana Avenue**<br>**El Paso, TX 79902**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**3100 Red Sails Drive, El Paso, TX 79936**<br><br>Describe the lien<br>**First Mortgage**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | $268,990.18 | $287,613.00 |

Creditor's email address, if known

**Date debt was incurred**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number 44RC**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Borderland Investments, LLC**
**2. City of El Paso**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **Christopher Schoonover**<br>Creditor's Name<br><br>**4023 Azalez Drive**<br>**Las Cruces, NM 88005**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**8761 Lawson Street, El Paso, TX 79904**<br><br>Describe the lien<br>**Second Mortgage**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | $7,500.00 | $76,214.00 |

Creditor's email address, if known

**Date debt was incurred**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Perseverance Group, LLC** | | Case number (if known) | **21-30584** |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Entrust Capital Funding**
**2. Christopher Schoonover**
**3. City of El Paso**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Christopher Schoonover** | Describe debtor's property that is subject to a lien | **$45,000.00** | **$309,688.00** |
|---|---|---|---|---|
| | Creditor's Name | **12536 Sun Terrace Ave., El Paso, TX 79938** | | |

**4023 Azalea Drive**
**Las Cruces, NM 88005**

Creditor's mailing address

**Describe the lien**
**Second Mortgage**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. EP Smart Money LLC**
**2. Christopher Schoonover**
**3. City of El Paso**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Christopher Schoonover** | Describe debtor's property that is subject to a lien | **$30,000.00** | **$162,558.00** |
|---|---|---|---|---|
| | Creditor's Name | **3346 Venus St., Las Cruces, NM 88012** | | |

**4023 Azalea Drive**
**Las Cruces, NM 88005**

Creditor's mailing address

**Describe the lien**
**Second Mortgage**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Uprising Investments**
**2. Christopher Schoonover**
**3. Dona Ana County Assessor's Office**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **City of El Paso** | Describe debtor's property that is subject to a lien | **$7,285.54** | **$309,688.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Perseverance Group, LLC**
_____
Name

Case number (if known) **21-30584**

---

Creditor's Name

**Tax Assessor/Collector**
**P.O. Box 2992**
**El Paso, TX 79902**
Creditor's mailing address

**12536 Sun Terrace Ave., El Paso, TX 79938**
**(Estimated 2021 Taxes - Escrowed)**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**4400**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **City of El Paso** | Describe debtor's property that is subject to a lien | $4,205.51 | $164,540.00 |

Creditor's Name

**Tax Assessor/Collector**
**P.O. Box 2992**
**El Paso, TX 79902**
Creditor's mailing address

**10648 Pleasant Hill Drive, El Paso, TX 79924**
**(Estimated 2021 Taxes - Escrowed)**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**2500**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. SunTrust**
**2. City of El Paso**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **City of El Paso** | Describe debtor's property that is subject to a lien | $32,622.37 | $287,613.00 |

Creditor's Name

**Tax Assessor/Collector**
**P.O. Box 2992**
**El Paso, TX 79902**
Creditor's mailing address

**3100 Red Sails Drive, El Paso, TX 79936**
**(2019-2020 and Estimated 2021 Taxes)**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**2700**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 11

| Debtor | **Perseverance Group, LLC** | | Case number (if known) | **21-30584** |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **City of El Paso** | | **Describe debtor's property that is subject to a lien** | **$5,140.28** | **$191,724.00** |
|---|---|---|---|---|---|

Creditor's Name

**Tax Assessor/Collector**
**P.O. Box 2992**
**El Paso, TX 79902**

Creditor's mailing address

**3440 Wayside Street, El Paso, TX 79936 (Estimated 2021 Taxes - Escrowed)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1500**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. MLR Trust**
**2. City of El Paso**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **City of El Paso** | | **Describe debtor's property that is subject to a lien** | **$13,250.93** | **$416,795.00** |
|---|---|---|---|---|---|

Creditor's Name

**Tax Assessor/Collector**
**P.O. Box 2992**
**El Paso, TX 79902**

Creditor's mailing address

**590 Knollwood Lane, El Paso, TX 79932 (Estimated 2021 Taxes - Escrowed)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1300**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Select Portfolio Servicing, Inc.**
**2. City of El Paso**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **City of El Paso** | **Describe debtor's property that is subject to a lien** | **$2,458.59** | **$76,214.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Perseverance Group, LLC**
_____
Name

Case number (if known)  **21-30584**

| | |
|---|---|
| Creditor's Name<br>**Tax Assessor/Collector**<br>**P.O. Box 2992**<br>**El Paso, TX 79902** | **8761 Lawson Street, El Paso, TX 79904**<br>**(Estimated 2021 Taxes - Escrowed)** |
| Creditor's mailing address | **Describe the lien** |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number**<br>**2100** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.2** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | | |
|---|---|---|---|
| **2.1 1** **Dona Ana County Assessor's Office**<br>Creditor's Name<br>**845 N Motel Blvd.**<br>**Las Cruces, NM 88007** | Describe debtor's property that is subject to a lien<br>**3346 Venus St., Las Cruces, NM 88012**<br>**(Estimated 2021 Taxes - Escrowed)** | **$1,702.56** | **$162,558.00** |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number**<br>**7976** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.4** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | | | |
|---|---|---|---|
| **2.1 2** **Dona Ana County Assessor's Office**<br>Creditor's Name<br>**845 N Motel Blvd.**<br>**Las Cruces, NM 88007** | Describe debtor's property that is subject to a lien<br>**412 E. Juniper, Las Cruces, NM 88001**<br>**(Estimated 2021 Taxes - Escrowed)** | **$842.88** | **$80,474.00** |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number**<br>**4535** | | | |

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 5 of 11

Debtor  **Perseverance Group, LLC**                                          Case number (if known)  **21-30584**
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Uprising Investments** | ☐ Disputed |
| **2. Dona Ana County Assessor's Office** | |

---

| 2.1 3 | **Entrust Capital Funding** | Describe debtor's property that is subject to a lien | $115,871.92 | $60,695.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Cassandra Chairez
2077 N. Zaragoza, B203
El Paso, TX 79938**

**5824 Westside Drive, El Paso, TX 79932**

Creditor's mailing address

Describe the lien

**First Mortgage**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Entrust Capital Funding** | ☐ Disputed |
| **2. Tracy DeWitt** | |

---

| 2.1 4 | **Entrust Capital Funding** | Describe debtor's property that is subject to a lien | $60,155.28 | $76,214.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Cassandra Chairez
2077 N. Zaragoza, B203
El Paso, TX 79938**

**8761 Lawson Street, El Paso, TX 79904**

Creditor's mailing address

Describe the lien

**First Mortgage**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

| 2.1 5 | **EP Smart Money LLC** | Describe debtor's property that is subject to a lien | $179,537.20 | $309,688.00 |
|---|---|---|---|---|

---

| Debtor | **Perseverance Group, LLC** | | Case number (if known) | **21-30584** |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | **12536 Sun Terrace Ave., El Paso, TX 79938** | | |
|---|---|---|---|

**c/o Mills Escrow**
**906 N. Mesa Street, Ste. 101**
**El Paso, TX 79912**

Creditor's mailing address

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**UNTE**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Jesus J. Ramirez** | **Describe debtor's property that is subject to a lien** | **$33,000.00** | **$33,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2013 Tesla Model S** | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **MLR Trust** | **Describe debtor's property that is subject to a lien** | **$123,773.71** | **$191,724.00** |
|---|---|---|---|---|
| | Creditor's Name | **3440 Wayside Street, El Paso, TX 79936** | | |

**920 N. Stanton Street**
**El Paso, TX 79902**

Creditor's mailing address

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**WAYSIDE---RC**

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 7 of 11

| Debtor | **Perseverance Group, LLC** | | Case number (if known) | **21-30584** |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.8**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Select Portfolio Servicing, Inc.** | Describe debtor's property that is subject to a lien | $300,150.27 | $416,795.00 |
|---|---|---|---|---|
| | Creditor's Name | **590 Knollwood Lane, El Paso, TX 79932** | | |

**P.O. Box 65250
Salt Lake City, UT
84135-0250**
Creditor's mailing address

Describe the lien
**First Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
4421**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.9**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **SunTrust** | Describe debtor's property that is subject to a lien | $133,000.00 | $164,540.00 |
|---|---|---|---|---|
| | Creditor's Name | **10648 Pleasant Hill Drive, El Paso, TX 79924** | | |

Creditor's mailing address

Describe the lien
**First Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.6**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **Tracy DeWitt** | Describe debtor's property that is subject to a lien | $39,900.00 | $60,695.00 |
|---|---|---|---|---|
| | Creditor's Name | **5824 Westside Drive, El Paso, TX 79932** | | |

**2444 W. Saint Louis
Wichita, KS 67203**
Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Perseverance Group, LLC** | Case number (if known) | **21-30584** |
|---|---|---|---|
| | Name | | |

**Second Mortgage**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**01/28/2021**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.13**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Uprising Investments** | Describe debtor's property that is subject to a lien | $76,582.79 | $80,474.00 |
|---|---|---|---|---|

Creditor's Name

**5862 Cromo Drive, Ste. 100**
**El Paso, TX 79912**

**412 E. Juniper, Las Cruces, NM 88001**

Creditor's mailing address

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.12**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Uprising Investments** | Describe debtor's property that is subject to a lien | $112,919.69 | $162,558.00 |
|---|---|---|---|---|

Creditor's Name

**5862 Cromo Drive, Ste. 100**
**El Paso, TX 79912**

**3346 Venus St., Las Cruces, NM 88012**

Creditor's mailing address

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Perseverance Group, LLC** | | Case number (if known) | **21-30584** |
|---|---|---|---|---|
| | Name | | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

    **Specified on line 2.4**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $1,593,889.7 0 |
|---|

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Crusades Realty Investments, LLC**<br>**c/o James W. Brewer**<br>**Kemp Smith LLP**<br>**816 Congress, Suite 1150**<br>**Austin, TX 78701** | Line **2.13** | |
| **Crusades Realty Investments, LLC**<br>**c/o James E. Brewer**<br>**Kemp Smith LLP**<br>**816 Congress, Suite 1150**<br>**Austin, TX 78701** | Line **2.14** | |
| **Linebarger Goggan Blair & Sampson, LLP**<br>**c/o Don Stecker**<br>**112 E. Pecan Street, Suite 2200**<br>**San Antonio, TX 78205** | Line **2.5** | |
| **Linebarger Goggan Blair & Sampson, LLP**<br>**c/o Don Stecker**<br>**112 E. Pecan Street, Suite 2200**<br>**San Antonio, TX 78205** | Line **2.6** | |
| **Linebarger Goggan Blair & Sampson, LLP**<br>**c/o Don Stecker**<br>**112 E. Pecan Street, Suite 2200**<br>**San Antonio, TX 78205** | Line **2.7** | |
| **Linebarger Goggan Blair & Sampson, LLP**<br>**c/o Don Stecker**<br>**112 E. Pecan Street, Suite 2200**<br>**San Antonio, TX 78205** | Line **2.8** | |
| **Linebarger Goggan Blair & Sampson, LLP**<br>**c/o Don Stecker**<br>**112 E. Pecan Street, Suite 2200**<br>**San Antonio, TX 78205** | Line **2.9** | |
| **Linebarger Goggan Blair & Sampson, LLP**<br>**c/o Don Stecker**<br>**112 E. Pecan Street, Suite 2200**<br>**San Antonio, TX 78205** | Line **2.10** | |
| **Mark Salloum**<br>**Salloum Law Firm, PC**<br>**661 S Mesa Hills Dr., #100**<br>**El Paso, TX 79912** | Line **2.15** | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Perseverance Group, LLC** | Case number (if known) | **21-30584** |
|---|---|---|---|
| | Name | | |

Robert T. Pearson
214 W Franklin Ave.
El Paso, TX 79901

Line  **2.17**

ScottHulse PC
c/o Robert R. Feuille
210 E. Main Dr., Ste. 1100
P.O. Box 99123
El Paso, TX 79999-9123

Line  **2.15**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Perseverance Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **21-30584**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**BJRE 401k Traditional Trust**
**4960 Highway 90, #135**
**Pace, FL 32571**

Date(s) debt was incurred _

Last 4 digits of account number **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Loan**

Is the claim subject to offset? ☒ No ☐ Yes

**$21,000.00**

**3.2** Nonpriority creditor's name and mailing address

**ClearFund Solutions LLC**
**c/o David Fogel P.C.**
**1225 Franklin Ave., Suite 522**
**Garden City, NY 11530**

Date(s) debt was incurred _

Last 4 digits of account number **3117**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cash Advance/Loan**

Is the claim subject to offset? ☒ No ☐ Yes

**$8,500.00**

**3.3** Nonpriority creditor's name and mailing address

**El Paso Electric Company**
**P.O. Box 982**
**El Paso, TX 79960**

Date(s) debt was incurred _

Last 4 digits of account number **1442**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Service at 2800 Nashville Ave., El Paso, TX79930**

Is the claim subject to offset? ☒ No ☐ Yes

**$575.17**

**3.4** Nonpriority creditor's name and mailing address

**El Paso Electric Company**
**P.O. Box 982**
**El Paso, TX 79960**

Date(s) debt was incurred _

Last 4 digits of account number **2504**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Service at 3100 Red Sails Dr., El Paso, TX 79935**

Is the claim subject to offset? ☒ No ☐ Yes

**$91.42**

| Debtor | **Perseverance Group, LLC** | | Case number (if known) | **21-30584** |
|---|---|---|---|---|
| | Name | | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**El Paso Electric Company**
P.O. Box 982
El Paso, TX 79960

Date(s) debt was incurred _
Last 4 digits of account number  **2117**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$957.34**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service at 590 Knollwood Ln., El Paso, TX 79932**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**El Paso Electric Company**
P.O. Box 982
El Paso, TX 79960

Date(s) debt was incurred _
Last 4 digits of account number  **9274**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$526.01**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service at Lawson St., El Paso, TX 79904**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**El Paso Water Utilities**
6400 Boeing Drive
El Paso, TX 79925

Date(s) debt was incurred _
Last 4 digits of account number  **9303**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$3,387.69**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service at 590 Knollwood Ln., El Paso, TX 79932**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**El Paso Water Utilities**
6400 Boeing Drive
El Paso, TX 79925

Date(s) debt was incurred _
Last 4 digits of account number  **5304**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$960.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service at 2800 Nashville Ave., El Paso, TX 79930**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**Jose Ibarra**
unknown

Date(s) debt was incurred _
Last 4 digits of account number  **unknown**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$15,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address
**Las Cruces Utilities**
P.O. Box 20000
Las Cruces, NM 88004

Date(s) debt was incurred _
Last 4 digits of account number  **8814**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$3,449.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service at 220 Fleming-Nuisance Abatement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address
**Mesilla Valley Disposal**
P.O. Box 459
Mesilla Park, NM 88047

Date(s) debt was incurred _
Last 4 digits of account number  **5741**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$965.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Disposal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Perseverance Group, LLC** | Case number (if known) | **21-30584** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,000.00 |
|---|---|---|---|

Richard B. Meyer
813 Forest Willow Circle
El Paso, TX 79922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Loan**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

Southwest Home Inspections
1503 W 6th Street
Silver City, NM 88061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Inspection**

Last 4 digits of account number  **540**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,000.00 |
|---|---|---|---|

Specialized IRA Services
FBO BH Retirement 401kTD
6100 Indian School Rd. NE, Ste. 215
Albuquerque, NM 87110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Loan**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $279.74 |
|---|---|---|---|

Texas Gas Service
P.O. Box 219913
Kansas City, MO 64121-9913

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service at 590 Knollwood Ln., El Paso, TX 79932**

Last 4 digits of account number  **2559**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $355.31 |
|---|---|---|---|

Texas Gas Service
P.O. Box 219913
Kansas City, MO 64121-9913

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service at 2800 Nashville Ave., El Paso, TX 79930**

Last 4 digits of account number  **2515**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,000.00 |
|---|---|---|---|

William Y. Allen
2031 Autumn Ridge Way
Spring Hill, TN 37174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Loan**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ■ No  ☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Perseverance Group, LLC**

Name

Case number (if known)   **21-30584**

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $   **0.00** |
| **5b. Total claims from Part 2** | 5b.  + | $   **220,147.73** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $   **220,147.73** |

| Fill in this information to identify the case: |
| --- |

Debtor name **Perseverance Group, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **21-30584**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease with Option to Buy - 3440 Wayside Street, El Paso, TX 79935**<br>**Expires 05/31/2022** | **Abel Flores and Brenda Trejo**<br>**3440 Wayside Street**<br>**El Paso, TX 79935** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease with Option to Buy - 12536 Sun Terrace, El Paso, TX 79936**<br>**Expires 12/31/2023** | **Eduardo A. Ugalde**<br>**12536 Sun Terrace**<br>**El Paso, TX 79936** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease with Option to Buy - 3346 Venus Street, Las Cruces, NM 88012**<br>**Expires 03/31/2023** | **Gearld J. Beck and Catina V. Beck**<br>**3346 Venus Street**<br>**Las Cruces, NM 88012** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease with Option to Buy - 5824 Westside Drive, El Paso, TX 79932**<br>**Expires 05/31/2022** | **Joseph H. Chavez and Susana N. Chaparro**<br>**5824 Westside Drive**<br>**El Paso, TX 79932** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Perseverance Group, LLC** | | Case number (*if known*) | **21-30584** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease with Option to Buy - 10648 Pleasant Hill Drive, El Paso, TX 79924** | |
|---|---|---|---|
| | State the term remaining | **Expires 03/09/2022** | **Omar Baldillo and Natalie S. Rodriguez** |
| | List the contract number of any government contract | | **10648 Pleasant Hill Drive El Paso, TX 79924** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Perseverance Group, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **21-30584**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | | Street | | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City   State   Zip Code | | |
| 2.2 | | Street | | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City   State   Zip Code | | |
| 2.3 | | Street | | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City   State   Zip Code | | |
| 2.4 | | Street | | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City   State   Zip Code | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Perseverance Group, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **21-30584**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2021** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$202,790.85** |
   | **For prior year:** From **1/01/2020** to **12/31/2020** | ■ Operating a business ☐ Other _____ | **$590,134.89** |
   | **For year before that:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **$415,127.74** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Perseverance Group, LLC** | Case number *(if known)* | **21-30584** |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Brenda Brisco**<br>**vs.**<br>**Perseverance Group, LLC and**<br>**Jesse Ramirez**<br>**2021DCV-0242** | | **171st District Court**<br>**El Paso, TX 79901** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Perseverance Group, LLC** | Case number *(if known)* | **21-30584** |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Nevarez Law Firm, PC**<br>**P.O. Box 12247**<br>**El Paso, TX 79913** | **Retainer and court filing fees paid for Bankruptcy.  Amount being held in escrow pending entry of Order approving Retention and Application for Compensation.** | **July 30, 2021** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **590 Knollwood**<br>**El Paso, TX 79932** | |

| Debtor | **Perseverance Group, LLC** | Case number *(if known)* | **21-30584** |
|---|---|---|---|

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.2. | **255 N. Mesquite**<br>**Las Cruces, NM 88004** | |
| 14.3. | **2527 Kentwood Ct.**<br>**Las Cruces, NM 88011** | |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **FirstLight Federal Credit Union** | **XXXX-6114** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/2020** | **$0.00** |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **Perseverance Group, LLC** | Case number *(if known)* | **21-30584** |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24.   Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Perseverance Group, LLC** | Case number *(if known)* | **21-30584** |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jesse Ramirez** | **P.O. Box 1734**<br>**Las Cruces, NM 88004** | **Managing Member** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

| Debtor | **Perseverance Group, LLC** | Case number *(if known)* | **21-30584** |

loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August 30, 2021**

**/s/ Jesse Ramirez**                                          **Jesse Ramirez**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

In re   **Perseverance Group, LLC**                                    Case No.   **21-30584**
                                        Debtor(s)                      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **5,000.00** |
    | Prior to the filing of this statement I have received | $ | **5,000.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 30, 2021**                          /s/ Michael R. Nevarez
*Date*                                       **Michael R. Nevarez**
                                             *Signature of Attorney*
                                             **The Nevarez Law Firm, PC**
                                             **P.O. Box 12247**
                                             **El Paso, TX 79913**
                                             **(915) 225-2255   Fax: (915) 845-3405**
                                             **MRN@MRN4Law.com**
                                             *Name of law firm*

---

# United States Bankruptcy Court
## Western District of Texas

In re   **Perseverance Group, LLC** _____ Case No.   **21-30584**
Debtor(s)                                             Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Perseverance Group, LLC<br>Attn: Jesse Ramirez<br>P.O. Box 1734<br>Las Cruces, NM 88004** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 30, 2021** _____   Signature   **/s/ Jesse Ramirez** _____
                                                           **Jesse Ramirez**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Texas

In re   **Perseverance Group, LLC**                                          Case No.   **21-30584**

                                                      Debtor(s)                  Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 30, 2021**                **/s/ Jesse Ramirez**

                                          **Jesse Ramirez/Managing Member**
                                          Signer/Title

Abel Flores and Brenda Trejo
3440 Wayside Street
El Paso, TX 79935


BJRE 401k Traditional Trust
4960 Highway 90, #135
Pace, FL 32571


Borderland Investments, LLC
700 Montana Avenue
El Paso, TX 79902


Christopher Schoonover
4023 Azalez Drive
Las Cruces, NM 88005


Christopher Schoonover
4023 Azalea Drive
Las Cruces, NM 88005


City of El Paso
Tax Assessor/Collector
P.O. Box 2992
El Paso, TX 79902


ClearFund Solutions LLC
c/o David Fogel P.C.
1225 Franklin Ave., Suite 522
Garden City, NY 11530


Crusades Realty Investments, LLC
c/o James W. Brewer
Kemp Smith LLP
816 Congress, Suite 1150
Austin, TX 78701


Crusades Realty Investments, LLC
c/o James E. Brewer
Kemp Smith LLP
816 Congress, Suite 1150
Austin, TX 78701


Dona Ana County Assessor's Office
845 N Motel Blvd.
Las Cruces, NM 88007

Eduardo A. Ugalde
12536 Sun Terrace
El Paso, TX 79936

El Paso Electric Company
P.O. Box 982
El Paso, TX 79960

El Paso Water Utilities
6400 Boeing Drive
El Paso, TX 79925

Entrust Capital Funding
c/o Cassandra Chairez
2077 N. Zaragoza, B203
El Paso, TX 79938

EP Smart Money LLC
c/o Mills Escrow
906 N. Mesa Street, Ste. 101
El Paso, TX 79912

Gearld J. Beck and Catina V. Beck
3346 Venus Street
Las Cruces, NM 88012

Jesus J. Ramirez

Jose Ibarra
unknown

Joseph H. Chavez and Susana N. Chaparro
5824 Westside Drive
El Paso, TX 79932

Las Cruces Utilities
P.O. Box 20000
Las Cruces, NM 88004

Linebarger Goggan Blair & Sampson, LLP
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

Mark Salloum
Salloum Law Firm, PC
661 S Mesa Hills Dr., #100
El Paso, TX 79912


Mesilla Valley Disposal
P.O. Box 459
Mesilla Park, NM 88047


MLR Trust
920 N. Stanton Street
El Paso, TX 79902


Omar Baldillo and Natalie S. Rodriguez
10648 Pleasant Hill Drive
El Paso, TX 79924


Richard B. Meyer
813 Forest Willow Circle
El Paso, TX 79922


Robert T. Pearson
214 W Franklin Ave.
El Paso, TX 79901


ScottHulse PC
c/o Robert R. Feuille
210 E. Main Dr., Ste. 1100
P.O. Box 99123
El Paso, TX 79999-9123


Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84135-0250


Southwest Home Inspections
1503 W 6th Street
Silver City, NM 88061


Specialized IRA Services
FBO BH Retirement 401kTD
6100 Indian School Rd. NE, Ste. 215
Albuquerque, NM 87110

SunTrust


Texas Gas Service
P.O. Box 219913
Kansas City, MO 64121-9913


Tracy DeWitt
2444 W. Saint Louis
Wichita, KS 67203


Uprising Investments
5862 Cromo Drive, Ste. 100
El Paso, TX 79912


William Y. Allen
2031 Autumn Ridge Way
Spring Hill, TN 37174