# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PERSEVERANCE GROUP, LLC, | § | CASE NO. 21-30584-HCM |
| | § | |
| Debtor. | § | CHAPTER 11 SUBCHAPTER V |

**NOTICE OF ENTRY OF INTERIM ORDER GRANTING APPLICATION OF DEBTOR-IN-POSSESSION FOR APPROVAL PURSUANT TO 11 U.S.C. § 327(A) OF EMPLOYMENT OF REALTOR FOR KNOLLWOOD AND DENYING APPLICATION FOR SUN TERRACE**

**TO ALL CREDITORS, EQUITY SECURITY HOLDERS, THE UNITED STATES TRUSTEE, ALL OTHER PARTIES IN INTEREST, AND THE DEBTOR:**

**COMES NOW** PERSEVERANCE GROUP, LLC (hereinafter referred to as the "Debtor"), the Debtor in the above-numbered proceeding under Chapter 11 Subchapter V of the Bankruptcy Code, by and through the undersigned attorney of record, and hereby files this "Notice of Entry of Interim Order Granting Application of Debtor-in-Possession for Approval Pursuant to 11 U.S.C. § 327(a) of Employment of Realtor for Knollwood and Denying Application for Sun Terrace", as follows:

1. On November 10, 2021, an "Interim Order Granting Application of Debtor-in-Possession for Approval Pursuant to 11 U.S.C. § 327(a) of Employment of Realtor for Knollwood and Denying Application for Sun Terrace" was filed by the Court. (See attached Order DOC#59).

November 12, 2021

Respectfully submitted,

The Nevarez Law Firm, PC
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com

/s/ Michael R. Nevarez
By: **MICHAEL R. NEVAREZ**
State of Texas Bar No. 14933400
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF ENTRY OF INTERIM ORDER GRANTING APPLICATION OF DEBTOR-IN-POSSESSION FOR APPROVAL PURSUANT TO 11 U.S.C. § 327(A) OF EMPLOYMENT OF REALTOR FOR KNOLLWOOD AND DENYING APPLICATION FOR SUN TERRACE,** was served either by electronic means as listed on the Court's CM/ECF filing and noticing system, and/or by regular first-class mail, postage prepaid, to the following parties in interest, on or before November 12, 2021:

**SUBCHAPTER V TRUSTEE:**
Mr. Brad W. Odell
1500 Broadway, Suite 700
Lubbock, TX 78401
Email: bodell@mhba.com
Phone: (806) 765-7491

**OFFICE OF THE U.S. TRUSTEE:**
Mr. James Rose
615 E. Houston St., Room 533
San Antonio, TX 78205
Email: James.Rose@usdoj.gov

**DEBTOR-IN-POSSESSION:**
Perseverance Group, LLC
P.O. Box 1734
Las Cruces, NM 88004

**EQUITY SECURITY HOLDERS**
**ALL UNSECURED CREDITORS**
**ALL SECURED CREDITORS**
**ALL PARTIES IN INTEREST**

/s/ Michael R. Nevarez
**MICHAEL R. NEVAREZ**

Notice of Entry of Interim Order Granting Application of Debtor-in-Possession for Approval Pursuant
to 11 U.S.C. § 327(a) of Employment of Realtor for Knollwood and Denying Application for Sun Terrace
*In Re: Perseverance Group, LLC, Debtor-in-Possession*
USBC-WDTX, El Paso Division, Case No. 21-30584-hcm    Page 2 of 2

**OFFICE OF THE U.S. TRUSTEE:**
James Rose
615 E. Houston, Street, Suite 533
San Antonio, TX 78205

**SUBCHAPTER V TRUSTEE:**
Brad W. Odell
1500 Broadway, Suite 700
Lubbock, TX 78401

**DEBTOR-IN-POSSESSION:**
Perseverance Group, LLC
Attn: Jesse Ramirez
P.O. Box 1734
Las Cruces, NM 88004

**Abel Flores and Brenda Trejo**
3440 Wayside Street
El Paso, TX 79935

**Antonio Machuca**
P.O. Box 1734
Las Cruces, NM 88004-1734

**BBMC Properties, LLC**
c/o James W. Brewer
Kemp Smith LLP
221 N. Kansas, Ste. 1700
El Paso, TX 79901

**BJRE 401k Traditional Trust**
4960 Highway 90, #135
Pace, FL 32571

**Borderland Investments, LLC**
c/o Robert R. Feuille
ScottHulse PC
210 E. Main Dr., Ste. 1100
P.O. Box 99123
El Paso, TX 79999-9123

**Christopher Schoonover**
4023 Azalez Drive
Las Cruces, NM 88005

**City of El Paso**
c/o Don Stecker
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

**ClearFund Solutions LLC**
c/o David Fogel P.C.
1225 Franklin Ave., Suite 522
Garden City, NY 11530

**Crusades Realty Investments, LLC**
c/o James W. Brewer
Kemp Smith LLP
221 N. Kansas, Ste. 1700
El Paso, TX 79901

**Dona Ana County Assessor's Office**
845 N Motel Blvd.
Las Cruces, NM 88007

**El Paso Electric Company**
P.O. Box 982

**El Paso, TX 79960**

**El Paso Water Utilities**
**6400 Boeing Drive**
**El Paso, TX 79925**

**EP Smart Money LLC**
**c/o Robert R. Feuille**
**ScottHulse PC**
**210 E. Main Dr., Ste. 1100**
**P.O. Box 99123**
**El Paso, TX 79999-9123**

**Gearld J. Beck and Catina V. Beck**
**3346 Venus Street**
**Las Cruces, NM 88012**

**Jesus J. Ramirez**
**P.O. Box 64**
**Canutillo, TX 79835**

**Jose Ibarra**
**unknown**

**Joseph H. Chavez and Susana N. Chaparro**
**5824 Westside Drive**
**El Paso, TX 79932**

**Las Cruces Utilities**
**P.O. Box 20000**
**Las Cruces, NM 88004**

**Mayan Family LP & My Ventures, LLC**
**c/o James W. Brewer**
**Kemp Smith LLP**
**221 N. Kansas, Ste. 1700**
**El Paso, TX 79901**

**Mesilla Valley Disposal**
**P.O. Box 459**
**Mesilla Park, NM 88047**

**MLR Grantor Trust**
**Robert Malooly Trustee**
**920 N. Stanton Street**
**El Paso, TX 79902**

**Omar Baldillo and Natalie S. Rodriguez**
**10648 Pleasant Hill Drive**
**El Paso, TX 79924**

**Plaza Home Mortgage Inc.**
**14785 Preston Road, Ste. 175**
**Dallas, TX 75254**

**RBC Mortgage Company**
**13100 Northwest Freeway, Suite 200**
**Houston, TX 77040**

**Richard B. Meyer**
**813 Forest Willow Circle**
**El Paso, TX 79922**

**Select Portfolio Servicing, Inc.**
**P.O. Box 65250**
**Salt Lake City, UT 84165-0250**

**Southwest Home Inspections**
**1503 W 6th Street**
**Silver City, NM 88061**

**Specialized IRA Services**
**FBO BH Retirement 401kTD**
**6100 Indian School Rd. NE, Ste. 215**
**Albuquerque, NM 87110**

**SunTrust**
**c/o Gregory S. Graham Trustee**
**17744 Preston Rd., Ste. 200**

**Dallas, TX 75252**

**Texas Gas Service**
**P.O. Box 219913**
**Kansas City, MO 64121-9913**

**Tracy DeWitt**
**2444 W. Saint Louis**
**Wichita, KS 67203**

**William Y. Allen**
**2031 Autumn Ridge Way**
**Spring Hill, TN 37174**