UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PERSEVERANCE GROUP, LLC, | § | Case No. 21-30584-hcm |
| | § | |
| DEBTOR, | § | Chapter 11 (Subch V) |
| _____ | § | |

## BORDERLAND INVESTMENTS, LLC'S OBJECTION TO DEBTOR'S PLAN OF REORGANIZATION AND TO CONFIRMATION OF PLAN

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

BORDERLAND INVESTMENTS, LLC ("Borderland"), as a creditor, objects to the Debtor's Plan of Reorganization (doc. no. 45) and to confirmation of same, as follows:

1.     Debtor has acknowledged that Borderland holds a valid, first-priority deed of trust lien on Debtor's property at 3100 Red Sails Drive, El Paso, Texas.  (Doc. no. 34.)

2.     Borderland and Debtor jointly sought relief from the automatic stay on October 18, 2021.  (Doc. no. 34.)

3.     The Court granted relief from stay on November 2, 2021.  (Doc. no. 46.)

4.     Under the Plan, Borderland is impaired, as admitted by Debtor.

5.     Borderland has not accepted the Plan.

6.     Borderland has not yet foreclosed but reasonably expects a deficiency balance after foreclosure for a number of reasons including the condition of the property and Debtor's failure to pay the property taxes for 2019, 2020, and 2021.  (The total outstanding tax balance at this time is $34,494.86.)

7.     In the Plan, Debtor makes no provision for unsecured claims.  Debtor acknowledges that the Plan is expected to yield approximately $329,000 for unsecured claims.  However, the Plan incorrectly assumes that there are, or that there will be, no unsecured claims.

8.     If Borderland suffers a deficiency as expected, the deficiency will surely be unsecured.

9.     The Plan unfairly discriminates against unsecured claims in general and against unsecured deficiency claimants, such as Borderland, in particular, in violation of 11 U.S.C. Section 1191(b).

10.     The Plan does not provide for Borderland to receive or retain under the Plan on account of its claim property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would so receive or retain if Debtor were liquidated under Chapter 7 on such date, as required by 11 U.S.C. Section 1129(a)(7).

11.     Borderland respectfully urges the Court to require Debtor to provide for unsecured claims and, in particular, for the deficiency balance reasonably anticipated by Borderland.

**For these reasons,** Borderland respectfully objects to Debtor's Plan and urges the Court to deny confirmation and to require Debtor to amend the Plan as required to meet Borderland's objections.  Borderland prays for such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

**SCOTTHULSE, PC**
One San Jacinto Plaza
201 E. Main Dr., Ste. 1100
P.O. Box 99123
El Paso, Texas  79999-9123
(915) 533-2493
(915) 546-8333 Telecopier

By:     */s/Robert R. Feuille*
**ROBERT R. FEUILLE**
State Bar No. 06949100
bfeu@scotthulse.com
*Attorney for Borderland Investments, LLC*

1219714.1                                   2

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 2nd day of December, 2021, a true and correct copy of the foregoing instrument was filed and served through the CM/ECF system and/or by mail upon the Debtor, the Debtor's counsel, and the persons and entities identified below and in the attached matrix:

Michael R. Nevarez
The Nevarez Law Firm, PC
P.O. Box 12247
El Paso, Texas 79913

Perseverance Group, LLC
211 E. 7th Street, Suite 620
Austin, Texas 78701

Brad W. Odell, Trustee
Mullin, Hood & Brown, LLP
1500 Broadway, Suite 700
Lubbock, Texas 79401

United States Trustee
United States Trustee's Office
P.O. Box 1539
San Antonio TX 78295-1539


/s/Robert R. Feuille
**ROBERT R. FEUILLE**

Label Matrix for local noticing
0542-3
Case 21-30584-hcm
Western District of Texas
El Paso
Thu Dec  2 16:39:09 CST 2021

Perseverance Group, LLC
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

U.S. BANKRUPTCY COURT
511 E. San Antonio Ave., Rm. 444
EL PASO, TX 79901-2417

BBMC Properties, LLC
c/o Uprising Investments, LLC
4150 Rio Bravo, Suite 245
El Paso, Texas 79902-1077

Borderland Investments, LLC
700 Montana Avenue
El Paso, TX 79902-5306

City of El Paso
c/o Don Stecker
112 E. Pecan St. Suite 2200
San Antonio, TX 78205-1588

Crusades Realty Investments, LLC
c/o Kemp Smith LLP
Attn:  James W. Brewer
221 N. Kansas, Ste. 1700
El Paso, TX 79901-1401

Dona Ana County Treasurer
845 N. Motel Blvd.
Las Cruces, NM 88007-8100

EP Smart Money LLC
c/o Mills Escrow
906 N. Mesa Street, Ste. 101
El Paso, TX 79902-4080

EP Smart Money, LLC
Robert R. Feuille
Scott Hulse, PC
201 E. Main, Suite 1100
El Paso, TX 79901-1325

Entrust Capital Funding
c/o Cassandra Chairez
2077 N. Zaragoza, B203
El Paso, TX 79938-7900

MLR Grantor Trust
Robert Malooly, Trustee
920 N. Stanton Street
El Paso, TX 79902-4107

Mark Salloum
Salloum  Law Firm, PC
661 S Mesa Hills Dr., #100
El Paso, TX 79912-5550

Mayan Family Limited Partnership and My Vent
c/o Uprising Investments, LLC
4150 Rio Bravo, Suite 245
El Paso, Texas 79902-1077

Michael Zimprich
7001 Westwind Drive
El Paso, TX 79912-1778

Robert T. Pearson
214 W Franklin Ave.
El Paso, TX 79901-1120

Select Portfolio Servicing, Inc.
c/o McCarthy Holthus, LLP
1255 West 15th Street, Suite 1060
Plano, TX 75075-4220

United States Trustee - EP12
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

Brad W. Odell
Mullin Hoard & Brown, LLP
1500 Broadway, Suite 700
Lubbock, TX 79401-3169

Michael R. Nevarez
The Law Offices of Michael R. Nevarez
P.O. Box 12247
El Paso, TX 79913-0247

End of Label Matrix
Mailable recipients    19
Bypassed recipients     0
Total                  19