# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 21−30584−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **Perseverance Group, LLC** , Debtor(s)

## NOTICE OF STATUS HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    El Paso Courtroom, 511 E. San Antonio Avenue, El Paso, TX 79901

on    **1/13/22 at 10:00 AM**

CONFIRMATION RESET FROM 12/16/21 TO STATUS HEARING ON 1/13/21 (Related Document(s): 45 Chapter 11 Small Business Subchapter V Plan filed by Michael R. Nevarez for Debtor Perseverance Group, LLC. (Nevarez, Michael) Status Hearing Set For 1/13/2022 at 10:00 AM at El Paso Courtroom...Prior court approval through CM/ECF is required to appear by WebEx or phone for this hearing. (Farrar, Ronda)

Dated: 12/16/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Status Hearing Notice (BK)] [NtcsthrgBKapac]

United States Bankruptcy Court

Western District of Texas

In re:     Case No. 21-30584-hcm

Perseverance Group, LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-3     User: admin     Page 1 of 2

Date Rcvd: Dec 16, 2021     Form ID: 159     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Perseverance Group, LLC, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218 |
| cr | + | BBMC Properties, LLC, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| cr | | Borderland Investments, LLC, c/o Robert R. Feuille, ScottHulse PC, PO Box 99123, El Paso, TX 79999-9123 |
| cr | + | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| cr | + | Crusades Realty Investments, LLC, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| intp | + | Deborah Figueroa Singleton, The Real Estate Power Houses, 5823 N. Mesa #732, El Paso, TX 79912-4607 |
| cr | + | EP Smart Money, LLC, c/o Robert R. Feuille, ScottHulse, PC, 201 E. Main Dr., Suite 1100, El Paso, TX 79901-1340 |
| cr | + | Mayan Family Limited Partnership/My Ventures, LLC, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| | + | Perseverance Group, LLC, P.O. Box 1734, Las Cruces, NM 88004-1734 |
| cr | + | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 18223291 | + | BBMC Properties, LLC, c/o Uprising Investments, LLC, 4150 Rio Bravo, Suite 245, El Paso, Texas 79902-1077 |
| 18208531 | + | Borderland Investments, LLC, 700 Montana Avenue, El Paso, TX 79902-5306 |
| 18209907 | + | Crusades Realty Investments, LLC, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| 18244777 | + | Dona Ana County Treasurer, 845 N. Motel Blvd., Las Cruces, NM 88007-8100 |
| 18230912 | + | EP Smart Money, LLC, Robert R. Feuille, Scott Hulse, PC, 201 E. Main, Suite 1100, El Paso, TX 79901-1325 |
| 18208532 | + | Entrust Capital Funding, c/o Cassandra Chairez, 2077 N. Zaragoza, B203, El Paso, TX 79938-7900 |
| 18208536 | + | MLR Grantor Trust, Robert Malooly, Trustee, 920 N. Stanton Street, El Paso, TX 79902-4107 |
| 18208534 | + | Mark Salloum, Salloum Law Firm, PC, 661 S Mesa Hills Dr., #100, El Paso, TX 79912-5550 |
| 18223290 | + | Mayan Family Limited Partnership and My Ventures,, c/o Uprising Investments, LLC, 4150 Rio Bravo, Suite 245, El Paso, Texas 79902-1077 |
| 18208537 | + | Robert T. Pearson, 214 W Franklin Ave., El Paso, TX 79901-1120 |
| 18248938 | + | Select Portfolio Servicing, Inc., c/o McCarthy Holthus, LLP, 1255 West 15th Street, Suite 1060, Plano, TX 75075-4220 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 18211202 | + | Email/Text: sanantonio.bankruptcy@publicans.com | Dec 16 2021 21:59:00 | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205-1588 |
| 18208533 | + | Email/Text: vsepulveda@millsescrow.com | Dec 16 2021 21:59:33 | EP Smart Money LLC, c/o Mills Escrow, 906 N. Mesa Street, Ste. 101, El Paso, TX 79902-4080 |
| 18208535 | + | Email/Text: mjzimp@mjzlaw-ep.com | Dec 16 2021 21:59:00 | Michael Zimprich, 7001 Westwind Drive, El Paso, TX 79912-1778 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18211207 | *+ | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205-1588 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

21-30584-hcm Doc#91 Filed 12/18/21 Entered 12/18/21 23:19:14 Imaged Certificate of Notice Pg 3 of 3

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2021 | Form ID: 159 | Total Noticed: 24 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Brad W. Odell | on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| James W. Brewer | on behalf of Creditor Crusades Realty Investments LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| James W. Brewer | on behalf of Creditor BBMC Properties LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| James W. Brewer | on behalf of Creditor Mayan Family Limited Partnership/My Ventures LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| Michael R. Nevarez | on behalf of Debtor Perseverance Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Robert R. Feuille | on behalf of Creditor Borderland Investments LLC bfeu@scotthulse.com, calv@scotthulse.com |
| Robert R. Feuille | on behalf of Creditor EP Smart Money LLC bfeu@scotthulse.com, calv@scotthulse.com |
| Shane P. Tobin | on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |
| Yoshie Valadez | on behalf of Creditor Select Portfolio Servicing Inc. mhtbkanhsselffilings@mccarthyholthus.com, yvaladez@mccarthyholthus.com |

TOTAL: 12