**The relief described hereinbelow is SO ORDERED.**

**Signed December 16, 2021.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| PERSEVERANCE GROUP, LLC[1] | § | CASE NO. 21-30584-hcm |
| Debtor. | § | (Chapter 11; Subchapter V) |

**ORDER CONTINUING**
**PLAN CONFIRMATON HEARING AND SETTING STATUS HEARING, WITH**
**NOTICE OF REQUIREMENT FOR DEBTOR TO OBTAIN LICENSED COUNSEL**

On December 16, 2021, the Court conducted a hearing on the Motion for Continuance of Hearing on Confirmation of Plan and Deadline to File Memorandum of Legal Authorities and Proposed Order Confirming Plan ("Motion for Continuance")(dkt# 82) filed by Mr. Michael R. Nevarez, as counsel for Perseverance Group, LLC ("Debtor"). The Motion for Continuance seeks to continue the hearing on confirmation of the proposed Plan of Reorganization ("Plan") dated November 1, 2021 filed by the Debtor.

---

[1] The mailing address of the Debtor is 211 E. 7th Street, Suite 620, Austin, TX 78701. The EIN of the Debtor is 26-4406869.

1

Appearing at the hearing were Mr. Nevarez; Mr. Jesse Ramirez, the principal of the Debtor; the Subchapter V Trustee; and respective counsel for several creditors that filed objections to confirmation of the Plan.

The Court has authorized the withdrawal of Mr. Nevarez as counsel of record for the Debtor, by order of even date herewith. The Debtor in this case is a limited liability company and not an individual. It is well established that an artificial entity (such as a limited liability company) may appear in federal court (such as this Court) only through licensed counsel. *See e.g.*, 28 U.S.C. §1654; *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); *Donovan v. Road Rangers Country Junction, Inc.,* 736 F.2d 1004, 1005 (5th Cir. 1984); *K.M.A., Inc. v. General Motors Acceptance Corp.,* 652 F.2d 398, 399 (5th Cir. 1982). Accordingly, the Debtor is hereby advised that the Debtor must promptly retain new licensed counsel to represent the Debtor in this bankruptcy case, or the Court may dismiss this bankruptcy case filed by the Debtor.

After considering the Motion for Continuance, the status of this bankruptcy case, and the statements and arguments of the parties, the Court finds that the Motion for Continuance should be granted to the extent set forth below and the following Order should be entered.

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. The Motion for Continuance (dkt# 82) is hereby granted as follows. The hearing on confirmation of the Plan is hereby continued. The Court will conduct a status hearing on confirmation of the Plan on January 13, 2022 at 10:00 a.m. (MT) in the U.S. Bankruptcy Court, 511 E. San Antonio Ave., 4th Floor, El Paso, Texas ("Status Hearing"). At the Status Hearing, the Court will consider resetting the hearing on confirmation of the Plan (as it may be amended) and other Plan related deadlines.

2. The Debtor is hereby notified that the Debtor must immediately retain licensed counsel to represent the Debtor in this bankruptcy case if the Debtor desires to proceed with this bankruptcy case. If a notice of appearance of licensed counsel for the Debtor is not filed in this bankruptcy case by **January 7, 2022**, the Court may dismiss this bankruptcy case of the Debtor without further notice or hearing. If this bankruptcy case is dismissed, the Status Hearing set for January 13, 2022 will be cancelled.

3. The Clerk of the Court shall cause a copy of this Order to be sent to the Debtor at the following addresses: 211 E. 7th Street, Suite 620, Austin, TX 78701; and P.O. Box 1734, Las Cruces, NM 88004.

4. The Clerk shall also cause a copy of this Order to be sent to all creditors and parties in interest in this bankruptcy case.

# # #

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30584-hcm |
| Perseverance Group, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 16, 2021 | Form ID: pdfintp | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Perseverance Group, LLC, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218 |
| cr | + | BBMC Properties, LLC, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| cr | | Borderland Investments, LLC, c/o Robert R. Feuille, ScottHulse PC, PO Box 99123, El Paso, TX 79999-9123 |
| cr | + | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| cr | + | Crusades Realty Investments, LLC, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| intp | + | Deborah Figueroa Singleton, The Real Estate Power Houses, 5823 N. Mesa #732, El Paso, TX 79912-4607 |
| cr | + | EP Smart Money, LLC, c/o Robert R. Feuille, ScottHulse, PC, 201 E. Main Dr., Suite 1100, El Paso, TX 79901-1340 |
| cr | + | Mayan Family Limited Partnership/My Ventures, LLC, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| | + | Perseverance Group, LLC, P.O. Box 1734, Las Cruces, NM 88004-1734 |
| cr | + | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *+ | Perseverance Group, LLC, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Dec 18, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | |

21-30584-hcm Doc#94 Filed 12/18/21 Entered 12/18/21 23:19:14 Imaged Certificate of Notice Pg 5 of 5

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2021 | Form ID: pdfintp | Total Noticed: 10 |

| | |
|---|---|
| | bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Brad W. Odell | |
| | on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Donald P. Stecker | |
| | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| James W. Brewer | |
| | on behalf of Creditor Crusades Realty Investments LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| James W. Brewer | |
| | on behalf of Creditor BBMC Properties LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| James W. Brewer | |
| | on behalf of Creditor Mayan Family Limited Partnership/My Ventures LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| Michael R. Nevarez | |
| | on behalf of Debtor Perseverance Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Robert R. Feuille | |
| | on behalf of Creditor Borderland Investments LLC bfeu@scotthulse.com, calv@scotthulse.com |
| Robert R. Feuille | |
| | on behalf of Creditor EP Smart Money LLC bfeu@scotthulse.com, calv@scotthulse.com |
| Shane P. Tobin | |
| | on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov |
| United States Trustee - EP12 | |
| | USTPRegion07.SN.ECF@usdoj.gov |
| Yoshie Valadez | |
| | on behalf of Creditor Select Portfolio Servicing Inc. mhtbkanhsselffilings@mccarthyholthus.com, yvaladez@mccarthyholthus.com |

TOTAL: 12