# Invoice

**The Nevarez Law Firm, PC**
P.O. Box 12247
El Paso, TX 79913-0247

| Invoice Date: | Invoice #: |
|---|---|
| 12/20/2021 | PGL-DDM-03 |

| Bill To: |
|---|
| Mr. Jesse Ramirez<br>Perseverance Group, LLC<br>7131 Third Street<br>Canutillo, TX 79835 |

| Terms: |
|---|
|  |

| Period Ending: |
|---|
| 12/17/2021 |

| Project: |
|---|
|  |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 11/16/2021 | Saved court filed documents to client folder and emailed to client and set in calendar. | 0.33333 | 50.00 | 16.67 |
| 11/18/2021 | Saved court filed document to client folder and emailed to Jesse. As per MRN, also packed up clients documents in box for pick up. | 0.45 | 50.00 | 22.50 |
| 11/19/2021 | Began preparing a Fee Application as per MRN. | 0.6 | 50.00 | 30.00 |
| 11/22/2021 | As per MRN, emailed a Class 1 Ballot to Law Firm representing SPS. Continued preparing draft of fee application, fee summary and the Reimbursement Support. | 1.8 | 50.00 | 90.00 |
| 11/24/2021 | As per MRN, prepared the proposed order for the Fee Application. Also, finished preparing the Fee Application Summary and pdf'd Exhibit B. As per MRN, filed the Fee Application, Exhibits and proposed order in PACER and saved court filed documents to client folder and emailed to client. | 1.88333 | 50.00 | 94.17 |
| 12/1/2021 | Saved court filed documents to client folder and emailed to client. | 0.81667 | 50.00 | 40.83 |
| 12/2/2021 | Finished preparing the Unopposed Motion to Withdraw as Attorney of Record and the proposed Order for MRN to review. Set a TASK for MRN. | 1.81667 | 50.00 | 90.83 |
| 12/3/2021 | Saved court filed documents to client folder and saved the ballots that were turned in. | 1.01667 | 50.00 | 50.83 |
| 12/9/2021 | As per MRN, prepared the Ballot Summary for MRN to review. Also per TASK prepared a Motion for Continuance of Confirmation Hearing, Legal Memo and Proposed Order confirming Plan. Also, saved court filed documents to client folder and emailed to client. As per MRN, filed the Ballot Summary and the Motion For Continuance and the Motion to Withdraw as Attorney. | 4.58333 | 50.00 | 229.17 |
| 12/16/2021 | Saved court filed documents to client folder and emailed to client. | 0.45 | 50.00 | 22.50 |
| 12/17/2021 | Saved court filed documents to client folder and emailed to client. As per MRN, prepared a draft Final Fee Application, Fee Application Summary and proposed order for his review. Set MRN a TASK. | 1.58333 | 50.00 | 79.17 |

Only includes Paralegal Fees

**Total** $766.67

**Payments/Credits** $0.00

**Balance Due** $766.67

Fax:
(915) 845-3405