# Invoice

**The Nevarez Law Firm, PC**
P.O. Box 12247
El Paso, TX 79913-0247

| Invoice Date: | Invoice #: |
|---|---|
| 12/20/2021 | PGL-MRN-03 |

**Bill To:**

Mr. Jesse Ramirez
Perseverance Group, LLC
7131 Third Street
Canutillo, TX 79835

| Terms: |
|---|
|  |

| Period Ending: |
|---|
| 12/17/2021 |

| Project: |
|---|
|  |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 11/16/2021 | Check Emails. TXT from/to Client re photopgrapher. Email to/from Debbie re same. Email from/to Client re meeting this week. Email from/to Deb re photographer. Email from/to Deb enclosiing completed listing documents for 590 Knollwood. T/W Debbie: Says Jesse is not co-operating with photographer: Told her to tell the photographer to just take exterior photos. T/W Jesse re Photographer: Doesn't want pictures. T/W Debbie: Says Jesse is threatening the photographer who wants to leave. | 0.56667 | 250.00 | 141.67 |
| 11/16/2021 | T/W Client re his realtor: Wants to hire another attorney who will hire his realtor. Told him fine. M/W Denise re remaining deadlines, final fee application and motion to withdraw. | 0.25 | 250.00 | 62.50 |
| 11/17/2021 | Check Emails. Email to Client confirming stop work and withdrawal. | 0.1 | 250.00 | 25.00 |
| 11/17/2021 | Preparation of invoice for fee application. | 0.3 | 250.00 | 75.00 |
| 11/18/2021 | Check Emails. Email to/from/to Debbie enclosing listing termination agreement. Change Outlook email setting to add forwarding of all filings to Client. T/M from Dona Ana County/Forward to Client. Email to Client advisng him of Outlook forwarding, and forwarding Dona Ana County's phone message. | 0.65 | 250.00 | 162.50 |
| 11/19/2021 | Check Emails. Email from Debbie enclosing listing termination agreement. Review/Forward same to Client. | 0.21667 | 250.00 | 54.17 |
| 11/23/2021 | Check Emails. Email to/from/to Debbie re termination. Review/Revise Fee Application and Fee Applciation Summary. | 1.56667 | 250.00 | 391.67 |
| 11/30/2021 | Check Emails. Email to/from/to Client re picking up files. | 0.1 | 250.00 | 25.00 |
| 12/7/2021 | Check Emails. Email from/to Odell re continuance. Email to Debroah Figueroa re Sun Terrace and listing agreement. | 1.56667 | 250.00 | 391.67 |
| 12/8/2021 | Check Emails. Email from/to Client re Ms. Figueroa, Knollwood and new attorney. | 0.1 | 250.00 | 25.00 |
| 12/9/2021 | Check Emails. Emails from/to Debbie re broker and teminating listing agreement. T./W Debbie re same. Prepare/Review Ballot Summary, motion for continuance and motion to withdraw. Email motion to withdraw.to Client and Debbie. Email SPS attorney re Thank you, but I will not be filing an amended plan, but will be filing a motion to withdraw from the case. T/W Debbie  Revise Motion to Withdraw and forward to Client. Forward motion for continuance to Odell. | 4.8 | 250.00 | 1,200.00 |
| 12/10/2021 | Check Emails. Review Order re Motion for Continuance. | 0.18333 | 250.00 | 45.83 |

Only Includes Attorney Fees for Michael R. Nevarez.

**Total**

**Payments/Credits**

**Balance Due**

Fax:
(915) 845-3405

**The Nevarez Law Firm, PC**
P.O. Box 12247
El Paso, TX 79913-0247

# Invoice

| Invoice Date: | Invoice #: |
|---|---|
| 12/20/2021 | PGL-MRN-03 |

| Bill To: |
|---|
| Mr. Jesse Ramirez<br>Perseverance Group, LLC<br>7131 Third Street<br>Canutillo, TX 79835 |

| Terms: |
|---|
|  |

| Period Ending: |
|---|
| 12/17/2021 |

| Project: |
|---|
|  |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 12/13/2021 | Email from the Court re intention to grant the Motion for Continuance and reset the Plan confirmation hearing | 0.1 | 250.00 | 25.00 |
| 12/16/2021 | Check Emails. Prepare for/Attend Hearing. T/W Debbie Figueroa: | 0.8 | 250.00 | 200.00 |
| 12/17/2021 | Check Emails. Review Court filings. | 0.21667 | 250.00 | 54.17 |

Only Includes Attorney Fees for Michael R. Nevarez.

| | |
|---|---|
| **Total** | $2,879.18 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,879.18 |

Fax:
(915) 845-3405

Page 2