**The relief described hereinbelow is SO ORDERED.**

**Signed January 10, 2022.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| PERSEVERANCE GROUP, LLC[1] | § | CASE NO. 21-30584-hcm |
| Debtor. | § | (Chapter 11; Subchapter V) |
| | § | |

## ORDER DISMISSING CHAPTER 11 CASE

After a hearing held on December 16, 2021, the Court entered an Order formally notifying Perseverance Group, LLC ("Debtor") that it must retain new licensed counsel to represent the Debtor in this Chapter 11 bankruptcy case if the Debtor desired to proceed with this Chapter 11 bankruptcy case ("Order")(dkt# 87). The Order also notified the Debtor that if a notice of appearance of licensed counsel for the Debtor was not filed in this bankruptcy case by January 7, 2022, the Court may dismiss this bankruptcy case without further notice or hearing.

---

[1] The mailing address of the Debtor is 211 E. 7th Street, Suite 620, Austin, TX 78701. The EIN of the Debtor is 26-4406869.

1

A notice of appearance has not been timely filed in this bankruptcy case by licensed counsel for the Debtor by the January 7, 2022 deadline set by the Court in the Order. As a result, the Court finds that cause exists for dismissal of this bankruptcy case.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. This bankruptcy case filed by Perseverance Group, LLC ("Debtor") is hereby DISMISSED.

2. The status hearing in this bankruptcy case set for January 13, 2022 is hereby CANCELLED.

3. The Clerk shall cause a copy of this Order to be sent to the Debtor at the following addresses: 211 E. 7th Street, Suite 620, Austin, TX 78701; and P.O. Box 1734, Las Cruces, NM 88004.

4. The Clerk shall also cause a copy of this Order to be sent to all creditors and parties in interest in this bankruptcy case.

# # #