# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

**Bankruptcy Case No.:** 21–30584–hcm
**Chapter No.:** 11
**Judge:** H. Christopher Mott

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Perseverance Group, LLC
211 E. 7th Street, Suite 620
Austin, TX 78701
**SSN/TAX ID:**
 26–4406869

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

　for Debtor on **1/10/22**　　　　　　　　　　　　　for Joint Debtor (if any) on **N/A**

Dated:　1/10/22

　　　　　　　　　　　　　　　　　　　　　Barry D. Knight
　　　　　　　　　　　　　　　　　　　　　Clerk, U. S. Bankruptcy Court

[Notice of Dismissal (BK)] [NtcDsmBKapac]