# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

**Bankruptcy Case No.:** **21−30584−hcm**
**Chapter No.:** 11
**Judge:** H. Christopher Mott

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Perseverance Group, LLC
211 E. 7th Street, Suite 620
Austin, TX 78701
**SSN/TAX ID:**
 26−4406869

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

   for Debtor on **1/10/22**                       for Joint Debtor (if any) on **N/A**

Dated: 1/10/22

                                           Barry D. Knight
                                       Clerk, U. S. Bankruptcy Court

**[Notice of Dismissal (BK)]** [NtcDsmBKapac]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30584-hcm |
| Perseverance Group, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 10, 2022 | Form ID: ntcdsm | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Perseverance Group, LLC, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218 |
| cr | + | BBMC Properties, LLC, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| cr | | Borderland Investments, LLC, c/o Robert R. Feuille, ScottHulse PC, PO Box 99123, El Paso, TX 79999-9123 |
| cr | + | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| cr | + | Crusades Realty Investments, LLC, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| intp | + | Deborah Figueroa Singleton, The Real Estate Power Houses, 5823 N. Mesa #732, El Paso, TX 79912-4607 |
| cr | + | EP Smart Money, LLC, c/o Robert R. Feuille, ScottHulse, PC, 201 E. Main Dr., Suite 1100, El Paso, TX 79901-1340 |
| cr | + | Mayan Family Limited Partnership/My Ventures, LLC, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| cr | + | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 18223291 | + | BBMC Properties, LLC, c/o Uprising Investments, LLC, 4150 Rio Bravo, Suite 245, El Paso, Texas 79902-1077 |
| 18208531 | + | Borderland Investments, LLC, 700 Montana Avenue, El Paso, TX 79902-5306 |
| 18209907 | + | Crusades Realty Investments, LLC, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| 18244777 | + | Dona Ana County Treasurer, 845 N. Motel Blvd., Las Cruces, NM 88007-8100 |
| 18230912 | + | EP Smart Money, LLC, Robert R. Feuille, Scott Hulse, PC, 201 E. Main, Suite 1100, El Paso, TX 79901-1325 |
| 18208532 | + | Entrust Capital Funding, c/o Cassandra Chairez, 2077 N. Zaragoza, B203, El Paso, TX 79938-7900 |
| 18208536 | + | MLR Grantor Trust, Robert Malooly, Trustee, 920 N. Stanton Street, El Paso, TX 79902-4107 |
| 18208534 | + | Mark Salloum, Salloum Law Firm, PC, 661 S Mesa Hills Dr., #100, El Paso, TX 79912-5550 |
| 18223290 | + | Mayan Family Limited Partnership and My Ventures,, c/o Uprising Investments, LLC, 4150 Rio Bravo, Suite 245, El Paso, Texas 79902-1077 |
| 18264574 | + | Perseverance Group, LLC, P.O. Box 1734, Las Cruces, NM 88004-1734 |
| 18208537 | + | Robert T. Pearson, 214 W Franklin Ave., El Paso, TX 79901-1120 |
| 18248938 | + | Select Portfolio Servicing, Inc., c/o McCarthy Holthus, LLP, 1255 West 15th Street, Suite 1060, Plano, TX 75075-4220 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jan 10 2022 22:29:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, P.O. Box 1539, San Antonio, TX 78295-1539 |
| 18211202 | + | Email/Text: sanantonio.bankruptcy@publicans.com | Jan 10 2022 22:29:00 | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205-1588 |
| 18208533 | + | Email/Text: vsepulveda@millsescrow.com | Jan 10 2022 22:29:00 | EP Smart Money LLC, c/o Mills Escrow, 906 N. Mesa Street, Ste. 101, El Paso, TX 79902-4080 |
| 18208535 | + | Email/Text: mjzimp@mjzlaw-ep.com | Jan 10 2022 22:29:00 | Michael Zimprich, 7001 Westwind Drive, El Paso, TX 79912-1778 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18211207 | *+ | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205-1588 |

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 10, 2022 | Form ID: ntcdsm | Total Noticed: 25 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad W. Odell | bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Brad W. Odell | on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| James W Rose, Jr | on behalf of U.S. Trustee United States Trustee - EP12 james.rose@usdoj.gov carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov |
| James W. Brewer | on behalf of Creditor Crusades Realty Investments LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| James W. Brewer | on behalf of Creditor BBMC Properties LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| James W. Brewer | on behalf of Creditor Mayan Family Limited Partnership/My Ventures LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| Robert R. Feuille | on behalf of Creditor Borderland Investments LLC bfeu@scotthulse.com, calv@scotthulse.com |
| Robert R. Feuille | on behalf of Creditor EP Smart Money LLC bfeu@scotthulse.com, calv@scotthulse.com |
| Shane P. Tobin | on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |
| Yoshie Valadez | on behalf of Creditor Select Portfolio Servicing Inc. mhtbkanhsselffilings@mccarthyholthus.com, yvaladez@mccarthyholthus.com |

TOTAL: 12