**The relief described hereinbelow is SO ORDERED.**

**Signed January 10, 2022.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: § | | |
| PERSEVERANCE GROUP, LLC[1] § | CASE NO. 21-30584-hcm |
| Debtor. § | (Chapter 11; Subchapter V) |
| § | | |

## ORDER DISMISSING CHAPTER 11 CASE

After a hearing held on December 16, 2021, the Court entered an Order formally notifying Perseverance Group, LLC ("Debtor") that it must retain new licensed counsel to represent the Debtor in this Chapter 11 bankruptcy case if the Debtor desired to proceed with this Chapter 11 bankruptcy case ("Order")(dkt# 87). The Order also notified the Debtor that if a notice of appearance of licensed counsel for the Debtor was not filed in this bankruptcy case by January 7, 2022, the Court may dismiss this bankruptcy case without further notice or hearing.

---

[1] The mailing address of the Debtor is 211 E. 7th Street, Suite 620, Austin, TX 78701. The EIN of the Debtor is 26-4406869.

A notice of appearance has not been timely filed in this bankruptcy case by licensed counsel for the Debtor by the January 7, 2022 deadline set by the Court in the Order. As a result, the Court finds that cause exists for dismissal of this bankruptcy case.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. This bankruptcy case filed by Perseverance Group, LLC ("Debtor") is hereby DISMISSED.

2. The status hearing in this bankruptcy case set for January 13, 2022 is hereby CANCELLED.

3. The Clerk shall cause a copy of this Order to be sent to the Debtor at the following addresses: 211 E. 7th Street, Suite 620, Austin, TX 78701; and P.O. Box 1734, Las Cruces, NM 88004.

4. The Clerk shall also cause a copy of this Order to be sent to all creditors and parties in interest in this bankruptcy case.

# # #

United States Bankruptcy Court
Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30584-hcm |
| Perseverance Group, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 10, 2022 | Form ID: pdfintp | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Perseverance Group, LLC, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218 |
| + | Perseverance Group, LLC, P.O. Box 1734, Las Cruces, NM 88004-1734 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2022           Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad W. Odell | on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Brad W. Odell | bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| James W Rose, Jr | on behalf of U.S. Trustee United States Trustee - EP12 james.rose@usdoj.gov carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov |
| James W. Brewer | on behalf of Creditor Mayan Family Limited Partnership/My Ventures LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com |

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 10, 2022 | Form ID: pdfintp | Total Noticed: 2 |

James W. Brewer
    on behalf of Creditor Crusades Realty Investments LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com

James W. Brewer
    on behalf of Creditor BBMC Properties LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com

Robert R. Feuille
    on behalf of Creditor EP Smart Money LLC bfeu@scotthulse.com, calv@scotthulse.com

Robert R. Feuille
    on behalf of Creditor Borderland Investments LLC bfeu@scotthulse.com, calv@scotthulse.com

Shane P. Tobin
    on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov

United States Trustee - EP12
    USTPRegion07.SN.ECF@usdoj.gov

Yoshie Valadez
    on behalf of Creditor Select Portfolio Servicing Inc. mhtbkanhsselffilings@mccarthyholthus.com, yvaladez@mccarthyholthus.com

TOTAL: 12