**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| PERSEVERANCE GROUP, LLC, | § § | Case No. 21-30584-HCM-11 |
| Debtor. | § § | |

**ORDER GRANTING FIRST AND FINAL APPLICATION**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**OF BRAD W. ODELL AS SUBCHAPTER V TRUSTEE**

On this date, came on to be considered the First and Final Application for Compensation and Reimbursement of Expenses of Brad W. Odell as Subchapter V Trustee (the "Application"), and the Court finds that: (a) it has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334; (b) consideration of the Application is a core proceeding pursuant to 28 U.S.C. § 157; (c) notice of the Application was appropriate and no other or further notice of the Application need be given; (d) no objections were filed against the Application or, to the extent objections were filed, such objections have been withdrawn, resolved, or overruled by this Order; (e) the Trustee's services were substantial, necessary and beneficial to the chapter 11 estate; and (f) the

legal and factual basis set forth in the Application establish just cause to grant the relief requested in the Application. Accordingly,

IT IS HEREBY ORDERED that the First and Final Application for Compensation and Reimbursement of Expenses of Brad W. Odell as Subchapter V Trustee is approved.

IT IS FURTHER ORDERED that the Trustee is entitled to allowance on a final basis, of reasonable fees and expenses in the amount of $4,353.99 for services performed for the estate during the Compensation Period (as defined in the Application);

IT IS FURTHER ORDERED that the Trustee shall have an administrative expense claim against the Debtor's bankruptcy estate and against the Debtor, individually, in the amount of $4,353.99 for his allowed fees and expenses which shall be paid in accordance with this Order;

IT IS FURTHER ORDERED that these amounts are approved and allowed on a final basis and not subject to disgorgement; and

All other relief not specifically requested is denied.

###END OF ORDER###

Prepared and Entry Requested By:

By: /s/ Brad W. Odell
Brad W. Odell
Texas Bar No. 24065839

MULLIN HOARD & BROWN, L.L.P.
1500 Broadway, Suite 700
Lubbock, TX 79401
Email: bodell@mhba.com
Phone: 806-765-7491
***Subchapter V Trustee***