

**Application moot as bankruptcy case has been dismissed.**

**SO ORDERED.**

**SIGNED this 26th day of January, 2022.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **PERSEVERANCE GROUP, LLC** | § | **CASE NO. 21-30584-hcm** |
| | § | |
| **Debtor.** | § | **CHAPTER 11 SUBCHAPTER V** |

**ORDER APPROVING FIRST FEE APPLICATION FOR COMPENSATION OF ATTORNEY FEES AND EXPENSES IN A CHAPTER 11, SUBCHAPTER V, CASE**

**ON THIS DAY**, came on to be considered the First Fee Application For Compensation Of Attorney Fees And Expenses In A Chapter 11, Subchapter V, Case filed by Michael R. Nevarez, attorney for Debtor. After due consideration of the Fee Application, and good cause appearing, the Court has reviewed the same and noted that all required parties in interest received, as appropriate, a copy of the Fee Application and/or notice of the hearing on this Fee Application, and is of the opinion that the Fee Application should in all things be granted, and enters the following Order:

**IT IS ORDERED** that the First Fee Application For Compensation Of Attorney Fees And Expenses In A Chapter 11, Subchapter V, Case filed by Michael R. Nevarez, attorney for Debtor is hereby granted in the amount of $26,078.10.

**IT IS SO ORDERED.**

**# # #**



Michael R. Nevarez
**The Nevarez Law Firm, PC**
A Professional Corporation
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com