**Application moot as bankruptcy case has been dismissed.**



**SO ORDERED.**

**SIGNED this 26th day of January, 2022.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PERSEVERANCE GROUP, LLC | § | CASE NO. 21-30584-hcm |
| | § | |
| Debtor. | § | CHAPTER 11 SUBCHAPTER V |

## ORDER APPROVING FINAL FEE APPLICATION FOR COMPENSATION OF ATTORNEY FEES AND EXPENSES IN A CHAPTER 11, SUBCHAPTER V, CASE

ON THIS DAY, came on to be considered the Final Fee Application For Compensation Of Attorney Fees And Expenses In A Chapter 11, Subchapter V, Case filed by Michael R. Nevarez, attorney for Debtor. After due consideration of the Final Fee Application, and good cause appearing, the Court has reviewed the same and noted that all required parties in interest received, as appropriate, a copy of the Final Fee Application and/or notice of the hearing on this Final Fee Application, and is of the opinion that the Final Fee Application should in all things be granted, and enters the following Order:

**IT IS ORDERED** that the Final Fee Application For Compensation Of Attorney Fees And Expenses In A Chapter 11, Subchapter V, Case filed by Michael R. Nevarez, attorney for Debtor is hereby granted in the amount of $_____.

**IT IS SO ORDERED.**

# # #



**Michael R. Nevarez**
**The Nevarez Law Firm, PC**
**A Professional Corporation**
**7362 Remcon Circle**
**El Paso, Texas 79912**
**Telephone: (915) 225-2255**
**Facsimiles: (915) 845-3405**
**Email: MNevarez@LawOfficesMRN.com**