**Application moot as bankruptcy case has been dismissed.**

**SO ORDERED.**

**SIGNED this 26th day of January, 2022.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PERSEVERANCE GROUP, LLC | § | CASE NO. 21-30584-hcm |
| | § | |
| Debtor. | § | CHAPTER 11 SUBCHAPTER V |

### ORDER APPROVING FIRST FEE APPLICATION FOR COMPENSATION OF ATTORNEY FEES AND EXPENSES IN A CHAPTER 11, SUBCHAPTER V, CASE

**ON THIS DAY**, came on to be considered the First Fee Application For Compensation Of Attorney Fees And Expenses In A Chapter 11, Subchapter V, Case filed by Michael R. Nevarez, attorney for Debtor. After due consideration of the Fee Application, and good cause appearing, the Court has reviewed the same and noted that all required parties in interest received, as appropriate, a copy of the Fee Application and/or notice of the hearing on this Fee Application, and is of the opinion that the Fee Application should in all things be granted, and enters the following Order:

**IT IS ORDERED** that the First Fee Application For Compensation Of Attorney Fees And Expenses In A Chapter 11, Subchapter V, Case filed by Michael R. Nevarez, attorney for Debtor is hereby granted in the amount of $26,078.10.

**IT IS SO ORDERED.**

# # #

Michael R. Nevarez
**The Nevarez Law Firm, PC**
A Professional Corporation
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com



United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30584-hcm |
| Perseverance Group, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 26, 2022 | Form ID: pdfintp | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Perseverance Group, LLC, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218 |
| aty | + | Michael R. Nevarez, The Law Offices of Michael R. Nevarez, P.O. Box 12247, El Paso, TX 79913-0247 |
| cr | + | BBMC Properties, LLC, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| cr | | Borderland Investments, LLC, c/o Robert R. Feuille, ScottHulse PC, PO Box 99123, El Paso, TX 79999-9123 |
| cr | + | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| cr | + | Crusades Realty Investments, LLC, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| intp | + | Deborah Figueroa Singleton, The Real Estate Power Houses, 5823 N. Mesa #732, El Paso, TX 79912-4607 |
| cr | + | EP Smart Money, LLC, c/o Robert R. Feuille, ScottHulse, PC, 201 E. Main Dr., Suite 1100, El Paso, TX 79901-1340 |
| cr | + | Mayan Family Limited Partnership/My Ventures, LLC, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| cr | + | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 28, 2022 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad W. Odell | |
| | bodell@mhba.com  memert@mhba.com;mreynolds@mhba.com |
| Brad W. Odell | |
| | on behalf of Trustee Brad W. Odell bodell@mhba.com  memert@mhba.com;mreynolds@mhba.com |

21-30584-hcm Doc#106 Filed 01/28/22 Entered 01/28/22 23:19:47 Imaged Certificate of Notice Pg 4 of 4

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 26, 2022 | Form ID: pdfintp | Total Noticed: 10 |

| | |
|---|---|
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| James W Rose, Jr | on behalf of U.S. Trustee United States Trustee - EP12 james.rose@usdoj.gov carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov |
| James W. Brewer | on behalf of Creditor Crusades Realty Investments LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| James W. Brewer | on behalf of Creditor BBMC Properties LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| James W. Brewer | on behalf of Creditor Mayan Family Limited Partnership/My Ventures LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| Robert R. Feuille | on behalf of Creditor Borderland Investments LLC bfeu@scotthulse.com, calv@scotthulse.com |
| Robert R. Feuille | on behalf of Creditor EP Smart Money LLC bfeu@scotthulse.com, calv@scotthulse.com |
| Shane P. Tobin | on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |
| Yoshie Valadez | on behalf of Creditor Select Portfolio Servicing Inc. mhtbkanhsselffilings@mccarthyholthus.com, yvaladez@mccarthyholthus.com |

TOTAL: 12