**The relief described hereinbelow is SO ORDERED.**

**Signed February 15, 2022.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| PERSEVERANCE GROUP, LLC, | § | Case No. 21-30584-HCM-11 |
| | § | |
| Debtor. | § | |
| | § | |

### ORDER GRANTING FIRST AND FINAL APPLICATION
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
### OF BRAD W. ODELL AS SUBCHAPTER V TRUSTEE

On this date, came on to be considered the First and Final Application for Compensation and Reimbursement of Expenses of Brad W. Odell as Subchapter V Trustee (the "Application"), and the Court finds that: (a) it has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334; (b) consideration of the Application is a core proceeding pursuant to 28 U.S.C. § 157; (c) notice of the Application was appropriate and no other or further notice of the Application need be given; (d) no objections were filed against the Application or, to the extent objections were filed, such objections have been withdrawn, resolved, or overruled by this Order; (e) the Trustee's services were substantial, necessary and beneficial to the chapter 11 estate; and (f) the

legal and factual basis set forth in the Application establish just cause to grant the relief requested in the Application.  Accordingly,

IT IS HEREBY ORDERED that the First and Final Application for Compensation and Reimbursement of Expenses of Brad W. Odell as Subchapter V Trustee is approved.

IT IS FURTHER ORDERED that the Trustee is entitled to allowance on a final basis, of reasonable fees and expenses in the amount of $4,400.07 for services performed for the estate during the Compensation Period (as defined in the Application);

IT IS FURTHER ORDERED that the Trustee shall have an administrative expense claim against the Debtor's bankruptcy estate and against the Debtor, individually, in the amount of $4,400.07 for his allowed fees and expenses which shall be paid in accordance with this Order;

IT IS FURTHER ORDERED that these amounts are approved and allowed on a final basis and not subject to disgorgement; and

All other relief not specifically requested is denied.

###END OF ORDER###

Prepared and Entry Requested By:

By:     /s/ Brad W. Odell
        Brad W. Odell
        Texas Bar No. 24065839

MULLIN HOARD & BROWN, L.L.P.
1500 Broadway, Suite 700
Lubbock, TX 79401
Email: bodell@mhba.com
Phone: 806-765-7491
**Subchapter V Trustee**

United States Bankruptcy Court

Western District of Texas

In re:                                                                                                Case No. 21-30584-hcm

Perseverance Group, LLC                                                                Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0542-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: pdfintp | Total Noticed: 10 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Perseverance Group, LLC, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218 |
| aty | + | Michael R. Nevarez, The Law Offices of Michael R. Nevarez, P.O. Box 12247, El Paso, TX 79913-0247 |
| cr | + | BBMC Properties, LLC, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| cr | | Borderland Investments, LLC, c/o Robert R. Feuille, ScottHulse PC, PO Box 99123, El Paso, TX 79999-9123 |
| cr | + | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| cr | + | Crusades Realty Investments, LLC, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| intp | + | Deborah Figueroa Singleton, The Real Estate Power Houses, 5823 N. Mesa #732, El Paso, TX 79912-4607 |
| cr | + | EP Smart Money, LLC, c/o Robert R. Feuille, ScottHulse, PC, 201 E. Main Dr., Suite 1100, El Paso, TX 79901-1340 |
| cr | + | Mayan Family Limited Partnership/My Ventures, LLC, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| cr | + | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2022               Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad W. Odell | |
| | bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Brad W. Odell | |
| | on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 15, 2022 | Form ID: pdfintp | Total Noticed: 10 |

Donald P. Stecker
>on behalf of Creditor City Of El Paso don.stecker@lgbs.com

James W Rose, Jr
>on behalf of U.S. Trustee United States Trustee - EP12 james.rose@usdoj.gov
>carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov

James W. Brewer
>on behalf of Creditor Crusades Realty Investments LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com

James W. Brewer
>on behalf of Creditor BBMC Properties LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com

James W. Brewer
>on behalf of Creditor Mayan Family Limited Partnership/My Ventures LLC jbrewer@kempsmith.com,
>tschoemer@kempsmith.com

Robert R. Feuille
>on behalf of Creditor Borderland Investments LLC bfeu@scotthulse.com, calv@scotthulse.com

Robert R. Feuille
>on behalf of Creditor EP Smart Money LLC bfeu@scotthulse.com, calv@scotthulse.com

Shane P. Tobin
>on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov
>Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;aubrey.thomas
>@usdoj.gov;omar.e.jones@usdoj.gov

United States Trustee - EP12
>USTPRegion07.SN.ECF@usdoj.gov

Yoshie Valadez
>on behalf of Creditor Select Portfolio Servicing Inc. mhtbkanhsselffilings@mccarthyholthus.com,
>yvaladez@mccarthyholthus.com

TOTAL: 12